UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:                                                 CASE NO.     17-11100-TMD
CLARENCE EDWARD HICKS
HENRIETTA T HICKS

DEBTORS                                       CHAPTER 13

### TRUSTEE'S NOTICE TO PAY UNCLAIMED FUNDS TO THE COURT

COMES NOW, Deborah B. Langehennig, the Chapter 13 Trustee in this case, and reports the following:

1. Debtors filed for relief under Chapter 13 on September 1, 2017. The Court confirmed the Debtors' plan on January 22, 2018.

2. The Trustee has a balance on hand in this case in the amount of $4,200.00 which is owed to the Debtors as a refund. The Trustee has mailed these funds to the Debtors but the check(s) was (were) not negotiated.

3. The Trustee, therefore, believes the unclaimed funds owing the Debtors should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code.

4. The Trustee's check for $4,200.00, payable to the Clerk of the Court, is attached to this notice.

FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure and 11 U.S.C. Sec. 347(a), the Trustee files the following list of all know names and addresses of the persons and the accounts to which they are entitled to be paid from the estate.

| **Name and Address of Debtors** | **Amount of Disbursment Check** |
|---|---|
| Clarence Edward Hicks<br>Henrietta T Hicks<br>7006 Hillcroft Drive<br>Austin, TX 78724 | $4,200.00 |

Respectfully submitted,

/s/ Deborah B. Langehennig

_____

Deborah B. Langehennig
Po Box 91419
Austin, TX 78709

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

IN RE:                                                 CASE NO. 17-11100-TMD

**CLARENCE EDWARD HICKS**

**HENRIETTA T HICKS**

**DEBTORS**                                                   **CHAPTER 13**

## CERTIFICATE OF SERVICE

I, Deborah B. Langehennig, certify that a true and correct copy of the Chapter 13 Trustee's Objection to Proof of Claim has been mailed by US Mail (unless otherwise noted below) to the Debtors, the Debtors' Attorney of Record, and all creditors at the addresses listed below.

CLARENCE EDWARD HICKS
HENRIETTA T HICKS
7006 HILLCROFT DRIVE
AUSTIN, TX 78724

THE LAW OFFICES OF STEVEN P BONEY
512 E 11TH ST
STE 205
AUSTIN, TX 78701
(SERVED ELECTRONICALLY)

U.S. TRUSTEE
903 SAN JACINTO, SUITE 230
AUSTIN, TX 78701
(SERVED ELECTRONICALLY)

Respectfully submitted,

/s/ Deborah B. Langehennig
_____

Deborah B. Langehennig
Po Box 91419
Austin, TX 78709