**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

In Re:

| | | |
|---|---|---|
| Clarence Hicks | § | Case No. 17-11100 |
| Henrietta Hicks | § | |
| Debtor(s) | § | |
| | § | |

<u>ORDER ON DEBTORS' MOTION TO REOPEN CASE</u>

This matter coming to be heard on the Motion to Reopen Case, this Court having jurisdiction, with due having been given to all parties in interest and pursuant to 11 U.S.C. § 350(b), the Court orders that the Debtor's Chapter 13 case be re-opened to allow Debtor to file the personal financial management certification and to issue the discharge pursuant to 11 U.S.C. § 727 and for such other and further relief as this Court deems just and proper.

###

Respectfully Submitted,
/s/Christy Heimer
Christy Heimer, TBN
Heimer Law Offices P.C.
6633 Highway 290 East, Suite 205
Austin, Texas 78723
christy@heimerlawoffices.com
Ph: 512.291.7105
Fax: 512.883.8082